UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENE ALLEN,<br><br>                 Petitioner,<br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>                 Respondents. | Case No. 3:24-cv-00455-MMD-CLB<br><br>ORDER |

    The Court previously directed Petitioner Gene Allen to either (1) pay the $5.00 filing fee or (2) submit a fully completed application to proceed *in forma pauperis* ("IFP") by an incarcerated person, with the financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. (ECF No. 4.) Allen has moved for an extension of time to comply with the Court's order. (ECF No. 5.) The Court finds good cause to grant an extension.

    It is therefore ordered that Petitioner's motion for extension of time to file a completed application to proceed IFP or pay the filing fee (ECF No. 5) is granted. The deadline to do so is extended to February 14, 2025.

    DATED THIS 14th Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE