# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENE ALLEN,<br>                Petitioner,<br>    v.<br>STATE OF NEVADA, et al.,<br>                Respondents. | Case No. 3:24-cv-00455-MMD-CLB<br><br>ORDER |

      The Court previously directed 28 U.S.C. § 2254 Petitioner Gene Allen to either (1) pay the $5.00 filing fee or (2) submit a fully completed application to proceed *in forma pauperis* ("IFP") by an incarcerated person, with the financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. (ECF No. 4.) The deadline to comply with that order was extended to February 14, 2025. (ECF No. 6.) Allen has not paid the fee or filed an IFP application. Instead, he filed a form "Request for Transcript of Proceedings," on which he wrote that he seeks: "I.F.P. Court order, or final dispo, O.S.C. access to the Court" citing "Faretta v. Co. 422 U.S. 806 (1975)." (ECF No. 7 at 1.) The Court cannot discern the meaning of this filing, and to the extent that it can be construed as a motion, it is denied. Allen has 21 days from the date of this order to pay the filing fee or file an IFP application. Failure to do either will result in the dismissal of this action without prejudice and without further prior notice.

      It is therefore ordered that Petitioner's motion for transcripts (ECF No. 7) is denied.

///

///

///

///

///

It is further ordered that Petitioner has 21 days from the date of this order to file a completed application to proceed *in forma pauperis* or pay the filing fee. Failure to comply will result in the dismissal of this action without prejudice.

DATED THIS 7th Day of March 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE