UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| GENE ALLEN, | Case No. 3:24-cv-00455-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

The Court previously directed Petitioner Gene Allen to either (1) pay the $5.00 filing fee or (2) submit a completed application to proceed *in forma pauperis* ("IFP") by an incarcerated person, with the financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. (ECF No. 4.) The deadline to comply with that order was extended to March 28, 2025. (ECF No. 8.) Allen was expressly advised that failure to pay the fee or file an IFP Application would result in the dismissal of this action without prejudice and without further prior notice. The deadline has passed, and Allen has not paid the fee or filed an IFP Application. The Court therefore dismisses this action without prejudice.

It is therefore ordered that this habeas action is dismissed without prejudice.

It is further ordered that Petitioner's incomplete application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that Petitioner's motion for appointment of counsel (ECF No. 3) is denied as moot.

///

///

///

///

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 10th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE